IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRIS STEVENSON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-2105-N |
| | § | |
| LASALLE CORRECTIONS | § | |
| TRANSPORT, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This case was called to trial on November 3, 2014. A jury was empaneled and on November 6, 2014, returned its verdict. By separate Orders of this same date, the Court granted in part and denied in part Defendant Southwestern Correctional, LLC's ("Southwestern") motion for judgment as a matter of law and granted Plaintiffs Chris Stevenson and Marion Dahn's motion for attorneys' fees and costs. The Court therefore, in accordance with these Orders and the verdict of the jury, renders judgment as follows:

1. Plaintiff Chris Stevenson shall have judgment against Southwestern for $347,475.00;

2. Plaintiff Marion Dahn shall have judgment against Southwestern for $145,692.00;

3. Plaintiffs are hereby awarded attorneys' fees in the amount of $75,381.00, as well as costs in the amount of $1,575.37; and

4. Plaintiffs are awarded post-judgment interest pursuant to 28 U.S.C. § 1961 at the rate of .22% per annum from this date forward.

ORDER – PAGE

All relief not expressly granted is denied.  This is a final judgment.


Signed April 21, 2015.


David C. Godbey
United States District Judge


ORDER – PAGE